1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  STEVEN E. SEITZ (NYSBN 4408415)
   Special Assistant United States Attorney
5
6     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5080
      Facsimile: (408) 535-5081
8     steven.seitz@usdoj.gov

9  Attorneys for the United States

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-01200-JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| JUAN SANTANA-OCAMPO, | ) | |
| Defendant. | ) | |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice as to defendant JUAN SANTANA-OCAMPO.

DATED:    1/8/10                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    ___/s/_____
                                    STEVEN E. SEITZ
                                    Special Assistant United States Attorney


NOTICE OF DISMISSAL - CR 09-01200-JW

1  Leave of Court is granted to the government to dismiss that information without prejudice as to
2  defendant Juan Santana-Ocampo.
3
4  Date: January 14, 2010                                  _____
5                                                          JAMES WARE
                                                           United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL - CR 09-1200-JW      2